[Cite as *Goldapp v. Unknown*, 2010-Ohio-2319.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHAD GOLDAPP

     Plaintiff

     v.

Case No. 2010-01115-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>
        UNKNOWN

{¶ 1} On January 7, 2010, plaintiff was issued a Return of Complaint Form/Direction to Complete Form which required plaintiff to file a corrected complaint listing an appropriate defendant and including plaintiff's original signature. Plaintiff was also ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Chad Goldapp
5476 Whispering Oak Blvd.
Hilliard, Ohio 43026

DRB/laa
Filed 2/22/10
Sent to S.C. reporter 5/21/10